ACCEPTED
12-15-00061-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/27/2015 3:12:41 PM
CATHY LUSK
CLERK

No. 12-15-00061-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/27/2015 3:12:41 PM
CATHY S. LUSK
Clerk

IN THE COURT OF APPEALS
FOR THE TWELFTH DISTRICT OF TEXAS
IN TYLER, TEXAS

ALINEA FAMILY HOSPICE CARE LLC D/B/A ALINEA FAMILY HOSPICE CARE,
DONNA JUNKERSFELD, R.N., AND KARLA GAMBLE, LVN,

*Appellants*,

**v.**

PEGGY GOLDSMITH, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RUTH N.
MASSEY,

*Appellee*.

**On Appeal from the 294th District Court
Van Zandt County, Texas, Cause No. 13-00276**

MOTION FOR LEAVE TO FOR AN EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Pursuant to the correspondence from the Court dated, May 11, 2015, Appellee Peggy Goldsmith files this Motion for Leave for the Court to accept the Appellee's Brief filed on May 11, 2015. In support of this request, Appellee would respectfully show the Court the following:

1.      Appelle's Brief was due on Friday, May 8, 2015.  Appellee submitted Appellee's Brief on May 8, 2015. *See* Exhibit "A," attached hereto.

2.	The Court returned the filing on Monday, May 11, 2015 becuase the brief did not contain the proper Word Count Certificate of Compliance.

3.	Appelle corrected the defect and resubmitted the brief on May 11, 2015 and the Court accepted the filing.

WHEREFORE, Appellee Peggy Goldsmith respectfully prays that the Court grant this Motion for Leave and accept the Appelle's Brief filed as of May 11, 2015.

Respectfully submitted,


_/s/ Meredith Mathews_

Patrick W. Powers
State Bar No. 24013351
patrick@powerstaylor.com
Meredith Mathews
State Bar No. 24055180
meredith@powerstaylor.com

POWERS TAYLOR LLP
8150 North Central Expressway
Suite 1575
Dallas, Texas 75206
Phone:  214.239.8900
Fax:  214.239.8901

_Attorneys for Appellee Peggy Goldsmith_

## CERTIFICATE OF CONFERENCE

On May 27, counsel for Appellee confered with Jason D. Mazingo, counsel for Appellants, regarding this motion. Mr. Mazingo stated that his clients oppose the requested extension of time to file the Appellee's Brief.


                                              /s/ Meredith Mathews
                                            Meredith Mathews

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon the following counsel of record, on this the 27th day of May 2015, as follows:

*VIA ELECTRONIC FILING SERVICE*
Jason D. Mazingo
305 South Broadway Ave., Ste. 404
Tyler, Texas 75702


                                              /s/ Meredith Mathews
                                            Meredith Mathews

**Subject:** eFileTexas.gov - Filing Submitted - 5219534

**Date:** Friday, May 8, 2015 4:55:19 PM Central Daylight Time

**From:** No-Reply@eFileTexas.gov

**To:** Jessica Hayes



# Filing Submitted
Envelope Number: **5219534**

The filing below has been submitted to the clerks office for review. Please allow up to 24 business hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Courts of Appeals |
| **Date/Time Submitted:** | 5/8/2015 4:54:47 PM |
| **Filing Type:** | Brief Requesting Oral Argument |
| **Activity Requested:** | EFileAndServe |
| **Filed By:** | Jessica Hayes |

| Fee Details |
|---|
| This envelope is pending review and fees may change. |

| | |
|---|---|
| Case Fee Information | $0.00 |
| Brief Requesting Oral Argument | $0.00 |

Total: $0.00 (The envelope still has pending filings and the fees are subject to change)

| Document Details | |
|---|---|
| **Lead File:** | 2015.5.8 Brief of Appellee.pdf |
| **Lead File Page Count:** | 18 |

| Contact your service provider with any questions |
|---|



Need Help? <u>Help</u>
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov



EXHIBIT

A

Please do not reply to this email. It was generated automatically by eFileTexas.gov